# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LACEY WEAVER, | ) | CASE NO. 5:16-cv1304 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| NAVIENT SOLUTIONS, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, summary judgment is granted in favor of defendant Navient Solutions, Inc. This case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: August 11, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**